✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED
4:55 pm, May 01 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____JK_____Deputy

# ATTACHMENT A-1 – Reddit Inc.
## (Reddit Account Associated with username ChivalrousGentlman)

This warrant applies to information associated with the Reddit Account(s) associated with the following usernames, which is stored at premises owned, maintained, controlled, or operated by Reddit Inc., a company headquartered at 548 Market Street, #16093, San Francisco, California.

- ChivalrousGentlman

Case 1:25-mj-01004-JMC   Document 3-1   Filed 05/02/25   Page 2 of 6

1:25-mj-01004-JMC

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
4:55 pm, May 01 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____JK_____ Deputy

## **ATTACHMENT B-1 – Reddit Inc.**

I. **Files and Accounts to be produced by Reddit Inc. from date of account creation to present time.**

*Reddit Inc. ("Reddit") shall disclose responsive data, if any, by sending it to Federal Bureau of Investigation, ATTN: SA Richard Gianforcaro, 2600 Lord Baltimore Drive, Windsor Mill, Maryland, 21244, using the US Postal Service or another courier service, or by other secure electronic means to rcgianforcaro@fbi.gov, notwithstanding 18 U.S.C. Sec. 2252A or similar statute or code.*

To the extent that the information described in Attachment A-1 is within the possession, custody, or control of Reddit Inc., including any messages, records, files, logs, images, videos, or information that have been deleted but are still available to Reddit, or have been preserved pursuant to prior preservation requests made (Reddit request number 1435), Reddit is required to disclose the following information to the government for each account or identifier listed in Attachment A-1:

a. The contents of all public communications, e-mails, attachments and chat messages stored in the accounts described in Attachment A-1, including copies of messages sent to and from the account, draft messages, the source and destination accounts associated with each message, the date and time at which each message was sent, and the size and length of each message;

b. All subscriber information, including, but not limited to, the username/subscriber identity, IP logs (including registration IP), the user's name, email address, bio, profile picture, and user account preferences and settings;

c. Other non-content records about the user or the user's conduct on Reddit, including, but not limited to, user preferences and communication headers, records of the user's interactions with content, such as voting, saving, hiding, and reporting. Information about the user's interaction with other users, including following, friending, and blocking. Information about the user's interactions with communities, including subscriptions and moderator status. All transactional information relating to the purchase of products and services, such as Reddit Premium or Reddit Coins.

d. All content of non-public communications, including, but not limited to non-public messages/communications between users (including private messages, chats, and modmail); text, links, images, gifs, and videos, information about the user's votes; and posts, comments, and other information regarding the substance of the user's communications on non-public subreddits, saved drafts, videos broadcast via RPAN, and communications with Reddit and moderators.

e. All transactional information of all activity associated with the account, including log files, dates, times, methods of connecting, devices or software used, ports, dial ups, and/or locations;

  f. All records related to the devices, operating system, browser, user-agent information, and cookies (including third-party cookies) of the user;

  g. All records relating to user location information, including information shared by the user, and collected from Bluetooth or GPS.

  h. All existing printouts from original storage of all of the electronic mail described above in Section I.a. above;

  i. All internet search data including all queries and location data;

  j. All public posts, comments, and other information regarding the substance of the user's publicly available communications.

  k. All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

  l. All records or other information regarding the identification of the accounts described above in Section I.a, to include application, full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, all screen names associated with subscribers and/or accounts, all account names associated with the subscriber, methods of connecting, log files, means and source of payment (including any credit or bank account number), and detailed billing records;

  m. All records indicating the services available to subscribers of the accounts described above in Section I.a.;

  n. All images, videos and other files, and associated upload/download date and timestamp, including all available metadata concerning these files;

  o. Payment information, including billing address, shipping address, and payment instruments, associated with any Reddit services used by the account listed in Attachment A-1;

  p. All location history with associated timestamps;

  q. All search history with associated timestamps;

  r. All usernames associated with or sharing the user's email address, login IP address, or browser cookie.

  s. All accounts linked to the accounts in Attachment A-1, including accounts linked by Reddit or third-party cookies, SMS number, Internet Protocol Address, secondary or recovery emails, or other account-linking methods available to Reddit, and to any accounts for which the accounts in Attachment A-1 are the secondary or recovery email address.

## II.     Information to be Seized by Law Enforcement Personnel

a.      Any and all records that relate in any way to the Reddit accounts described in Attachment A-1, which constitute evidence, fruits, and instrumentalities of violations of Title 18 U.S.C. § 2251(a) (sexual exploitation of children), 18 U.S.C. § 2422(b) (coercion and enticement of a minor), 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography), (collectively the "Target Offenses"), among other federal criminal statutes ("Target Offenses"), specifically that relate to the following:

1.      Any and all notes, documents, records, or correspondence pertaining to child pornography as defined under 18 U.S.C. § 2256(8);

2.      Any and all correspondence identifying persons producing, transmitting, receiving or possessing, through interstate commerce including by U.S. Mails or by computer, any visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2252A(a)(5)(B) & (b)(2), 2256(2);

3.      Any and all records, documents, invoices and materials that concern any accounts with Internet Service Providers, screen names, online accounts, cellular accounts, websites, or email accounts;

4.      Any and all visual depictions of minors, to include depictions of minors engaged in sexually explicit conduct, nude pictures, and modeling;

5.      Images depicting the interior or exterior of residences, public establishments, and vehicles;

6.      Any and all documents, records, or correspondence pertaining to occupancy, ownership or other connection to the accounts.

7.      Any and all diaries, notebooks, notes, address books, pictures, emails, chats, directions, maps, banking, travel, documents, and any other records reflecting personal contact and any other activities with minors;

8.      Any and all financial documents, records, receipts, credit card statements, and/or correspondence relating to payments sent and/or received in connection with minors engaged in sexually explicit conduct, nude pictures, modeling, and/or hosting websites;

9.      All images, messages, and communications regarding methods to avoid detection by law enforcement:

10.     Any and all notes, documents, records, photos or correspondence that indicate a sexual interest in children, including, but not limited to:

        a.      Correspondence with children;
        b.      Any and all visual depictions of minors;

3

      c.      Internet browsing history;
      d.      Books, logs, emails, chats, diaries and other documents.

As used above, the terms "records, documents, messages, correspondence, data, and materials" includes records, documents, messages, correspondence, data, and materials, created, modified or stored in any form, including electronic or digital form, and by whatever means they may have been created and/or stored. This includes any handmade, photographic, mechanical, electrical, electronic, and/or magnetic forms. It also includes items in the form of computer hardware, software, documentation, passwords, and/or data security devices.

With respect to the search of the information provided pursuant to this warrant, law enforcement personnel will make reasonable efforts to use methods and procedures that will locate and expose those categories of files, documents, communications, or other electronically stored information that are identified with particularity in the warrant while minimizing the review of information not within the list of items to be seized as set forth herein, to the extent reasonably practicable.

If the government identifies any seized communications that may implicate the attorney-client privilege, law enforcement personnel will discontinue its review and take appropriate steps to segregate all potentially privileged information so as to protect it from substantive review. The investigative team will take no further steps regarding any review of information so segregated absent further order of the court. The investigative team may continue to review any information not segregated as potentially privileged.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Reddit, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Reddit. The attached records consist of _____ **(pages/CDs/megabytes)**. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Reddit, and they were made by Reddit as a regular practice; and

    b.    such records were generated by Reddit's electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Reddit in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by Reddit, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____   _____
Date                                                              Signature